IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-21113
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VERNON PAUL FREDDIE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-95-125-2
- - - - - - - - - -
October 10, 1996

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Vernon Paul Freddie appeals the sentencing judge's two-point increase in his offense level for obstructing justice. The district court made specific findings at sentencing that Freddie committed perjury at the trial of a co-defendant. Once a sentencing court finds that a defendant has committed perjury at trial, an upward adjustment is required under U.S.S.G. § 3C1.1. *United States v. Storm*, 36 F.2d 1289, 1295 (5th Cir. 1994), *cert.*

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

*denied*, 115 S. Ct. 1798 (1995).  We have reviewed the record and the parties' brief and we find that evidence in the record supports the sentencing court's finding that Freddie committed perjury when he testified that he possessed only four ounces of crack cocaine, rather than the 13.66-ounce amount he pleaded guilty to possessing.

AFFIRMED.